1 | Christopher P. Wesierski [Bar No. 086736]
*cwesierski@wzllp.com*
2 | Michelle R. Prescott [Bar No. 262638]
*mprescott@wzllp.com*
3 | WESIERSKI & ZUREK LLP
29 Orchard Road
4 | Lake Forest, California 92630
Telephone: (949) 975-1000
5 | Facsimile: (949) 756-0517

6 | Attorneys for Defendants

7 | UNITED STATES DISTRICT COURT

8 | CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

9 |

10 | CHRISTINA SATO, an individual;
ROXANNE LOPEZ, an individual;
11 | DILEY GREISER, an individual; and
CHELSEA WARD, an individual, and
12 | JAMIE GREGORY, an individual

| CASE NO. 5:20-cv-01876-JGB-SPx

**DEFENDANTS' OBJECTIONS TO THE DECLARATION OF BRYAN PEASE FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

13 | Plaintiffs,

14 | vs.

15 | COUNTY OF SAN BERNARDINO;
SAN BERNARDINO COUNTY
16 | SHERIFF'S DETECTIVE BRIAN
GRIMM, an individual; SAN
17 | BERNARDINO SHERIFF'S DEPUTY
J. GREGORY, an individual; SAN
18 | BERNARDINO SHERIFF'S
SERGEANT DARREN GILMORE, an
19 | individual; and DOES 1 - 10,

20 | Defendants.

*[Filed Concurrently with Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment/Adjudication; Proposed Order regarding Objections to Declaration of Bryan Pease; and Reply Statement of Undisputed Facts and Conclusions of Law]*

Date:         August 22, 2022
Time:         9:00 a.m.

Trial Date:   October 25, 2022

21 |

22 |

23 | Defendants COUNTY OF SAN BERNARDINO, a public entity, San

24 | Bernardino County Sheriff's Detective BRIAN GRIMM; San Bernardino County

25 | Sheriff's Deputy JOHN GREGORY; and San Bernardino County Sheriff's Sergeant

26 | DARREN GILMORE (hereinafter collectively, "Defendants") hereby submit

27 | objections to the Declaration of Bryan Pease filed in support of Plaintiffs' Opposition

28 | to Defendants' Motion for Summary Judgment as follows:

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1

## DECLARATION OF BRYAN PEASE (Dkt. 63-2)

**Defendants' Objection No. 1:**

Paragraph 2, lines 6 through 7, "Attached hereto as Exhibit 1 is a true and correct copy of Detective Josh Guerry's March 15, 2021 report regarding Defendants' investigation of Plaintiffs."

**Objection No. 1:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802).

**Defendants' Objection No. 2:**

Paragraph 3, lines 10 through 11. "Attached hereto as Exhibit 2 is a true and correct copy of Deputy Kelsey Parsons' initial animal cruelty investigation of Alla Zorikova from August 8, 2020."

**Objection No. 2:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802).

**Defendants' Objection No. 3:**

Paragraph 4, lines 14 through 15, "Attached hereto as Exhibit 3 is a true and correct copy of the San Bernardino District Attorney's Office's notice of criminal charges…"

**Objection No. 3**: Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802).

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

**Defendants' Objection No. 4:**

Paragraph 4, lines 15 through 16, "…not filed on Alla Zorikova due to needing further investigation and incomplete reports."

**Objection No. 4**: Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802); Improper Lay Opinion (F.R.E. 701); Improper Expert Opinion (F.R.E. 702); Irrelevant (F.R.E. 402); Argumentative (F.R.E. 611a); Speculation (F.R.E. 602, 701).

**Defendants' Objection No. 5:**

Paragraph 5, lines 19 through 21, "Attached hereto as Exhibit 4 is a true and correct copy of Deputy Kelsey Parsons' supplemental report regarding her animal cruelty investigation of Alla Zorikova from August 15, 2020."

**Objection No. 5:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802).

**Defendants' Objection No. 6:**

Paragraph 7, lines 25 through 27, "Attached hereto as Exhibit 6 is a true and correct copy of Deputy Alexander's report regarding the animal cruelty investigation of Alla Zorikova from August 10, 2020."

**Objection No. 6:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802).

**Defendants' Objection No. 7:**

Paragraph 8, lines 1 through 3, "Attached hereto as Exhibit 7 is a true and correct copy of Deputy Alexander's theft report from August 31, 2020, approved by Defendant Gilmore at the bottom of each page."

**Objection No. 7:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802).

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

3

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

**Defendants' Objection No. 8:**

Paragraph 9, lines 5 through 7, "Attached hereto as Exhibit 8 is a true and correct copy of Defendant Grimm's report from September 3, 2020, also approved by Defendant Gilmore at the bottom of each page."

**Objection No. 8:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802); Argumentative.

**Defendants' Objection No. 9:**

Paragraph 10, lines 9 through 11, "Attached hereto as Exhibit 9 is a true and correct copy of the Facebook Messenger thread referred to repeatedly by Defendant Grimm in the warrant applications as supposedly containing evidence of "theft."

**Objection No. 9:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802); Argumentative (F.R.E. 611a); Speculation (F.R.E. 602, 701);

**Defendants' Objection No. 10:**

Paragraph 10, lines 13 through 14, "The original document had a black background with white text, making it impossible to perform optical character recognition (OCR) on, and making it difficult to read."

**Objection No. 10:** Lack of Foundation (F.R.E. 602; 901a); Improper Lay Opinion (F.R.E. 701); Speculative. (F.R.E. 602; 701.); Irrelevant (F.R.E. 402); Argumentative (F.R.E. 611a); Improper Expert Opinion (F.R.E. 702).

**Defendants' Objection No. 11:**

Paragraph 10, lines 14 through 16, "Thus, I inverted the colors for legibility only, except for the photos contained within the messages."

**Objection No. 11:** Lack of Foundation (F.R.E. 602; 901a); Improper Expert Opinion (F.R.E. 702); Improper Lay Opinion (F.R.E. 701).

4

1

**Defendants' Objection No. 12:**

2

Paragraph 10, lines 16 through 17, "Other than this color inversion for legibility

3

of the text, the document is unchanged as produced by Defendants in discovery."

4

**Objection No. 12:** Lack of Foundation (F.R.E. 602; 901a); Improper Expert

5

Opinion (F.R.E. 702); Improper Lay Opinion (F.R.E. 701).

6

7

**Defendants' Objection No. 13:**

8

Paragraph 11, lines 18 through 19, "Attached hereto as Exhibit 10 is a true and

9

correct copy of an August 31, 2020 email to Defendant Grimm from Attorney Shana

10

Weir in which I was copied."

11

**Objection No. 13:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E.

12

802).

13

14

**Defendants' Objection No. 14:**

15

Paragraph 11, lines 19 through 21, "The email had a letter attached as a PDF

16

and links to several photos, videos, and veterinary reports."

17

**Objection No. 14:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E.

18

802); Speculation (F.R.E. 602, 701); Argumentative.

19

20

**Defendants' Objection No. 15:**

21

Paragraph 11, lines 21 through 22, "Defendants produced these attachments,

22

including the letter, in discovery in a folder called "Audio_Photos_Documentation

23

from Grimm."

24

**Objection No. 15:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E.

25

802).

26

27

28

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I1653130-1 SBD-0009

DEFENDANTS' OBJECTIONS TO THE DECLARATION OF BRYAN
PEASE FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MSJ

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

**Defendants' Objection No. 16:**

Paragraph 11, lines 22 through 27, "Thus, the email attachments included in Exhibit 10 following the email itself are the documents produced by Defendants showing that Grimm received them, and Bates-stamped by Defendants as (1) photos SBD000944 through SBD000985 (986-996 were videos not produced here); (2) veterinary reports SBD000997 through SBD001022; (3) the letter SBD001023 through SBD001028; and (4) veterinary records SBD001029 through SBD001038."

**Objection No. 16:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802); Argumentative; Speculation (F.R.E. 602, 701).

**Defendants' Objection No. 17:**

Paragraph 12, lines 1 through 13, "…who the County designated as its person most knowledgeable (PMK) on the following topics:

The County's policies and procedures regarding the length of time the County maintains possession of personal electronic equipment such as cellphones and computers seized pursuant to a search warrant;

The County's policies and procedures regarding which personal electronic equipment sheriff's deputies are to seize at a residence pursuant to a search warrant when investigating a crime;

The County's policies and procedures regarding when sheriff's deputies should seize personal electronic equipment pursuant to a search warrant; and

How the County's policies and procedures regarding seizure of personal electronic equipment were followed in this case."

**Objection No. 17:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802).

1

**Defendants' Objection No. 18:**

2      Paragraph 14, lines 16 through 18, "Attached hereto as Exhibit 13 is a true and

3  correct copy of relevant excerpts of the October 14, 2021 letter from the San

4  Bernardino District Attorney's Office to Detective Josh Guerry declining to file any

5  criminal charges against Plaintiffs."

6      **Objection No. 18:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E.

7  802); Argumentative.

8

9      **Defendants' Objection No. 19:**

10      Paragraph 15, lines 21 through 23, "Attached hereto as Exhibit 14 is a true and

11  correct copy of Defendants' Sheriff's Department Manual showing the general

12  guidelines for Disposition of Property."

13      **Objection No. 19:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E.

14  802); Improper Lay Opinion (F.R.E. 701); Improper Expert Opinion (F.R.E. 702).

15

16      **Defendants' Objection No. 20:**

17      Paragraph 17, lines 27 through (next page) 2, "The audio file SBD-001045,

18  which is the audio of the Sato warrant execution, shows that Grimm's statement of

19  probable cause for a search warrant of Jamie Gregory's home, in which he states that

20  Sato "confirmed Jamie Gregory was involved in the theft of the dogs," is false."

21      **Objection No. 20**: Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E.

22  802); Improper Lay Opinion (F.R.E. 701); Improper Expert Opinion (F.R.E. 702);

23  Argumentative (F.R.E. 611a); Speculation (F.R.E. 602, 701).

24

25

26

27

28

I1653130-1 SBD-0009

DEFENDANTS' OBJECTIONS TO THE DECLARATION OF BRYAN
PEASE FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MSJ

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

**Defendants' Objection No. 21:**

Paragraph 17, line 2, "At no point does Sato state this."

**Objection No. 21**: Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802); Improper Lay Opinion (F.R.E. 701); Improper Expert Opinion (F.R.E. 702); Argumentative (F.R.E. 611a); Speculation (F.R.E. 602, 701).

**Defendants' Objection No. 22:**

Paragraph 17, lines 2 through 3, "Rather, Sato stated that Jamie Gregory offered shelter to rescued dogs, after they had been rescued."

**Objection No. 22**: Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802); Improper Lay Opinion (F.R.E. 701); Improper Expert Opinion (F.R.E. 702); Argumentative (F.R.E. 611a); Speculation (F.R.E. 602, 701).

**Defendants' Objection No. 23:**

Paragraph 17, lines 4 through 7, "Thus, Grimm deliberately conflated the providing of veterinary care and shelter in Las Vegas by rescuers who were never in San Bernardino with what he characterizes as "theft" of the dogs in San Bernardino, to falsely make it appear that Gregory was involved in this activity in San Bernardino."

**Objection No. 23**: Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802); Improper Lay Opinion (F.R.E. 701); Improper Expert Opinion (F.R.E. 702); Argumentative (F.R.E. 611a); Speculation (F.R.E. 602, 701).

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I1653130-1 SBD-0009

**Defendants' Objection No. 24:**

Paragraph 18, lines 8 through 10, "At 42:40 in the Sato audio, Defendant Gilmore says he is taking all phones and computers at the Sato residence because Sato didn't cooperate, and that the property will be kept for one to two years."

**Objection No. 24**: Hearsay (F.R.E. 802); Argumentative; Lack of Foundation (F.R.E. 602; 901a).


**Defendants' Objection No. 25:**

Paragraph 18, lines 10 through 11, "At 45:00 he states, "we tried to give you every opportunity."

**Objection No. 25**: Hearsay (F.R.E. 802); Argumentative; Lack of Foundation (F.R.E. 602; 901a).


**Defendants' Objection No. 26:**

Paragraph 18, lines 11 through 12, "At 49:15, Sato states, "that's my daughter's computer. She has nothing to do with this."

**Objection No. 26**: Hearsay (F.R.E. 802); Lack of Foundation (F.R.E. 602; 901a).


**Defendants' Objection No. 27:**

Paragraph 18, line 12, "Grimm states, "it does have daughter's stickers on it."

**Objection No. 27**: Hearsay (F.R.E. 802); Argumentative; Lack of Foundation (F.R.E. 602; 901a).


**Defendants' Objection No. 28:**

Paragraph 18, lines 12 through 13, "Gilmore says, "take it."

**Objection No. 28**: Hearsay (F.R.E. 802); Argumentative; Lack of Foundation (F.R.E. 602; 901a).

DEFENDANTS' OBJECTIONS TO THE DECLARATION OF BRYAN PEASE FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MSJ

1    **Defendants' Objection No. 29:**

2    Paragraph 18, lines 13 through 14, "At 52:20, Sato explains, "Desiree [her

3    daughter] is going through her whole application with Fire right now. If anything

4    messes that up…that's her stuff."

5    **Objection No. 29**: Hearsay (F.R.E. 802); Argumentative; Lack of Foundation

6    (F.R.E. 602; 901a).

7

8    **Defendants' Objection No. 30:**

9    Paragraph 19, lines 15 through 16At 7:55 in the Gresier audio, SBD-001046,

10   Diley Greiser states, "I'm not a criminal."

11   **Objection No. 30**: Hearsay (F.R.E. 802); Argumentative; Lack of Foundation

12   (F.R.E. 602; 901a).

13

14   **Defendants' Objection No. 31:**

15   Paragraph 19, line 16, "Grimm responds, "nope, don't think you are."

16   **Objection No. 31**: Hearsay (F.R.E. 802); Argumentative; Lack of Foundation

17   (F.R.E. 602; 901a).

18

19   **Defendants' Objection No. 32:**

20   Paragraph 19, lines 16 through 17, "At 8:55 he states, "I don't think you have

21   any ill intentions regarding what happened."

22   **Objection No. 32**: Hearsay (F.R.E. 802); Argumentative; Lack of Foundation

23   (F.R.E. 602; 901a).

24

25   **Defendants' Objection No. 33:**

26   Paragraph 19, lines 17 through 17 through 19, "At 13:10, Gilmore threatens

27   Greiser with arrest for "obstructing my detective," because Greiser was refusing to

28   say where her phone was and asking Defendants to call her attorney."

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

10

**Objection No. 33**: Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802); Improper Lay Opinion (F.R.E. 701); Improper Expert Opinion (F.R.E. 702); Argumentative (F.R.E. 611a); Speculation (F.R.E. 602, 701).

**Defendants' Objection No. 34:**

Paragraph 20 lines 20 to 21, "At 23:15 in the Ward audio, SBD-001048, Grimm says, "I truly don't believe everyone who went out there was intentionally doing anything wrong."

**Objection No. 34**: Hearsay (F.R.E. 802); Argumentative; Lack of Foundation (F.R.E. 602; 901a).

**Defendants' Objection No. 35:**

Paragraph 20 lines 21 to 23, "At 34:45 Grimm compares taking the dogs to shooting a "pedophile rapist," which he says may make some people happy but is still illegal."

**Objection No. 35**: Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802); Improper Lay Opinion (F.R.E. 701); Improper Expert Opinion (F.R.E. 702); Argumentative (F.R.E. 611a); Speculation (F.R.E. 602, 701).

**Defendants' Objection No. 36:**

Paragraph 20 lines 23 through 25, "At 41:40, Grimm and Ward have an extensive discussion regarding the phone and email communication Ward previously had with Deputy Alexander."

**Objection No. 36**: Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802); Improper Lay Opinion (F.R.E. 701); Improper Expert Opinion (F.R.E. 702); Argumentative (F.R.E. 611a); Speculation (F.R.E. 602, 701).

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I1653130-1 SBD-0009

DEFENDANTS' OBJECTIONS TO THE DECLARATION OF BRYAN PEASE FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MSJ

**Defendants' Objection No. 37:**

Paragraph 20 lines 25 to 27, "At 52:00, Grimm says, "you don't want to go out there to the property. Have you ever been in the middle of the desert where there is nothing around for hundreds of miles? That's what's out there. There's nothing out there."

**Objection No. 37**: Hearsay (F.R.E. 802); Argumentative; Lack of Foundation (F.R.E. 602; 901a).

**Defendants' Objection No. 38:**

Paragraph 21, which states, "Attached hereto as Exhibit 16 is a true and correct copy of the only pages of Defendant Gilmore's September 14, 2020 report that Defendants produced in discovery, which is missing pages 1 and 6."

**Objection No. 38:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802).

**Defendants' Objection No. 39:**

Paragraph 22, which states, "Attached hereto as Exhibit 17 is a true and correct copy of an October 19, 2020 letter sent to me by Defendants' counsel stating that Plaintiffs' property "will not be returned while the investigation is active."

**Objection No. 39:** Lack of Foundation (F.R.E. 602; 901a); Hearsay (F.R.E. 802).

DATED:  August 8, 2022          WESIERSKI & ZUREK LLP

By: _____
MICHELLE R. PRESCOTT
Attorneys for Defendants

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

12

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

3

4

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of .  My business address is 29 Orchard Road, Lake Forest, CA 92630.

5

6

7

On August 8, 2022, I served true copies of the following document(s) described as **DEFENDANTS' OBJECTIONS TO THE DECLARATION OF BRYAN PEASE FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

8

9

10

11

Bryan W. Pease, Esq.                          Attorney for Plaintiffs
LAW OFFICES OF BRYAN W.
PEASE
3960 W. Point Loma Blvd.
Suite H-2562
San Diego, CA  92103
Phone: (619)723-0369
E-Mail: bryan@bryanpease.com

12

13

14

15

G. David Tenenbaum, Esq.                  Attorney for Plaintiffs
LAW OFFICES OF G. DAVID
TENENBAUM
269 Beverly Dr., #1041
Beverly Hills, CA  90212
Phone: (312)404-7723
E-Mail: g.davidtenenbaum@gmail.com

16

17

18

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

19

20

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

21

22

Executed on August 8, 2022, at Lake Forest, California.

23

24

/s/ CHELSEA ANDERSON
Chelsea Anderson

25

26

27

28

DEFENDANTS' OBJECTIONS TO THE DECLARATION OF BRYAN PEASE FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MSJ

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000