**PEASE LAW, APC**
Bryan W. Pease (SBN 239139)
3960 W. Point Loma Blvd., Suite H-2562
San Diego, CA 92110
Ph. (619) 723-0369
Email: bryan@peaselaw.org

**LAW OFFICES OF G. DAVID TENENBAUM**
G. David Tenenbaum (SBN 150629)
269 S. Beverly Drive #1041
Beverly Hills, CA 90212
Ph. (312) 404-7723
Email: g.davidtenenbaum@gmail.com

**LAW OFFICES OF CASEY D. GISH**
Casey D. Gish (SBN 206289)
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Ph. (702) 583-5883
Email: casey@gishlawfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SATO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, *et al.*,<br><br>Defendants. | Case No. 5:20-cv-01876<br>Hon. Jesus G. Bernal<br>Mag. Sheri Pym<br><br>**DECLARATION OF ATTORNEY BRYAN PEASE IN RESPONSE TO DEFENDANTS' EX PARTE REQUEST TO APPEAR VIA ZOOM FOR MOTION HEARING**<br><br>Date: August 22, 2022<br>Time: 9:00 a.m.<br>Courtroom: 1 |

I, Bryan Pease, Esq., declare:

1. I am an attorney licensed to practice before all federal courts in California and am attorney of record for Plaintiffs in the above-captioned action. I state the following of my own personal knowledge.

2. I submit this declaration in response to Defendants' ex parte request to appear via Zoom for the August 22, 2022 hearing on Defendants' motion for summary judgment. (Dkt. 71.)

3. The Court's website includes a Zoom link, but also states, "Unless approved to appear by Zoom or by telephone, all matters are being held in-person."

4. On August 17, 2022, I emailed the courtroom clerk and copied defense counsel asking if the Court would permit the parties to appear via Zoom at the August 22, 2022 hearing, but counsel have thus far not heard back from the Court

5. Thus, I would have signed a stipulation formally making such a request, and would have suggested such a stipulation had Defendants given notice of their ex parte application rather than simply filing it. However, because Defendants did unilaterally file such an ex parte request, Plaintiffs are hereby informing the Court that Plaintiffs have no objection and also respectfully make the same request.

6. Undersigned lead counsel who will be arguing for Plaintiffs is flying out the morning after the hearing and will be in New York the remainder of that week visiting family. Counsel is located in San Diego, which is a five hour round trip to Riverside. Spending nearly a full workday traveling to argue at a motion hearing will make it difficult for counsel to stay on top of other matters that need to be finished before counsel travels the next day.

7. Accordingly, Plaintiffs do not oppose Defendants' ex parte request and respectfully request that Plaintiffs also be permitted to appear via Zoom for the August 22, 2022 hearing in accordance with the Court's procedures.

I declare under penalty of perjury the foregoing is true and correct.

Dated: August 18, 2022

By: /s/ Bryan W. Pease
Bryan W. Pease, Esq.
Attorney for Plaintiffs

3
DECLARATION OF ATTORNEY BRYAN PEASE