JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SATO, ROXANNE LOPEZ, DILEY GREISER, CHELSEA WARD, and JAMIE GREGORY,<br><br>   Plaintiffs,<br><br>vs.<br><br>J. GREGORY, DARREN GILMORE, COUNTY OF SAN BERNARDINO, BRIAN GRIMM, and DOES 1-10,<br><br>   Defendants. | Case No. 5:20-cv-01876-JGB (SPx)<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the "Order Granting Defendants' Motion for Summary Judgment" entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to the Motion for Summary Judgment filed by Defendants J. Gregory, Darren Gilmore, Brian Grimm, and San Bernardino County ("Defendants"), and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Summary Judgment is **GRANTED**.
2. Final judgment be **ENTERED** in favor of Defendants on all causes of action asserted against them in Plaintiffs' Second Amended Complaint. Plaintiffs shall take nothing by way of their Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: August 18, 2022

_____
Honorable Jesus G. Bernal
United States District Judge